944 F.2d 908
 Cosgrove (Thomas, Matilda June)
v.
Valley National Bank, Shoumaker (Charles), Eller (Karl),
Fenstermacher (H.R.), Franke (W.A.), Guerin (Dean P.),
Harbin (John P.), Lindner (Carl, Keith E.), Reade (Robert
M.), Busby (A. Jerry), Shoumaker (Jane Doe), Eller (Jane
Doe), Fenstermacher (Jane Doe), Doe (Jane), Guerin (Jane
Doe), Harbin (Jane Doe), Lindner (Jane Doe, Keith E.), Reade
(Jane Doe)
 NO. 90-16176
 United States Court of Appeals,
 Ninth Circuit.
 SEP 19, 1991
 
 1
 Appeal From: D.Ariz.
 
 
 2
 REVERSED.